IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIS GLEN GIBSON,
    Plaintiff,

vs.                                    Case No: 3:06cv388/RV/EMT

DEPUTY VINCENT,
    Defendant.
_____/

**O R D E R**

This matter is before the court upon referral from the clerk.  On December 4, 2006, the court issued an order directing service of the complaint on Defendant (*see* Doc. 11).  As directed, on January 3, 2007,  the United States Marshal sent Defendant the Form 1B (revised) waiver of service form, which Defendant executed and returned on January 10, 2007, and the United States Marshal filed with the clerk on January 24, 2007 (*see* Doc. 12).  To date, Defendant has not filed a special report as directed, and Plaintiff has failed to seek a default against Defendant.  Indeed, it appears no activity by filing of pleadings, orders of the court, or otherwise has occurred for a period of more than ninety (90) days.  Therefore, pursuant to Rule 41.1(A) of the Local Rules for the Northern District of Florida, Plaintiff shall show cause why this case should not be dismissed.

Accordingly, it is **ORDERED**:

1.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Plaintiff shall notify the court of his continued interest in pursuing this litigation.

2.    Plaintiff's failure to respond to this order will result in a recommendation that this action be dismissed for want of prosecution.

**DONE AND ORDERED** this 27<u>th</u> day of April 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**