IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIS GLEN GIBSON,
    Plaintiff,

vs.                            Case No. 3:06cv388/RV/EMT

DEPUTY VINCENT,
    Defendant.
_____/

## O R D E R

      Defendant in this civil rights case has filed a special report and supporting documents (Doc. 22) as required by the court.  Plaintiff did not file a response in opposition to the special report, although he was directed to do so (*see* Doc. 23).  The court now concludes, pursuant to Rule 56 of the Federal Rules of Civil Procedure, that as of the date of this order the special report should be treated as a motion for summary judgment.

      Accordingly, it is **ORDERED**:

      1.      On or at any time after **FEBRUARY 11, 2008** (the "submission date"), the court will consider the motion for summary judgment and may resolve the motion and this case without an evidentiary hearing.[1]

      2.      On or before the submission date, Plaintiff shall file a response to the motion for summary judgment.  Plaintiff should be careful to ensure that the response, if any, and any further response complies with the provisions of Rule 56(e) of the Federal Rules of Civil Procedure.  As previously advised, Plaintiff may not rest upon the mere allegations or denials of his pleadings, but must, by affidavits or as otherwise provided for in this Rule, set forth specific facts showing that there is a genuine issue for trial.  Plaintiff is reminded that failure to follow the requirements of Rule

---

[1] This submission is without oral argument.  If the court determines that oral argument on the motion is required, a date for the argument will be scheduled later.

56 in opposing a motion for summary judgment may result in the motion being granted and final judgment being entered in favor of the moving party(ies) without there being an evidentiary hearing or trial.

3. On or before the submission date, Defendant may submit additional Rule 56 materials.[2]

4. Any documents or evidence filed after the submission date will not be considered by the court barring exceptional circumstances.

5. The clerk shall return this file to the undersigned's chambers on **February 11, 2008.**

**DONE AND ORDERED** this 14th day of January 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[2]Defendant shall not resubmit any materials (affidavits, documents, or arguments) previously filed as part of the special report.

Case No.:  3:06cv388/RV/EMT