IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIS GLEN GIBSON,
    Plaintiff,

vs.                                    Case No.  3:06cv388/RV/EMT

DEPUTY VINCENT,
    Defendant.
_____/

## ORDER

       This matter is before the court upon referral from the clerk.  On February 29, 2008, the court issued an order directing Plaintiff to file a response to Defendant's motion for summary judgment (*see* Doc. 33).  Plaintiff failed to file a response; indeed, it appears no activity by filing of pleadings, orders of the court or otherwise has occurred for a period of more than ninety (90) days.  Therefore, pursuant to Rule 41.1(A) of the Local Rules for the Northern District of Florida, Plaintiff shall show cause why this case should not be dismissed.

       Accordingly, it is **ORDERED**:

       1.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Plaintiff shall notify the court of his continued interest in pursuing this litigation.

       2.    Plaintiff's failure to respond to this order will result in a recommendation that this action be dismissed for failure to prosecute.

       **DONE AND ORDERED** this 30<u>th</u> day of May 2008.

                                                /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **UNITED STATES MAGISTRATE JUDGE**