IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIS GLEN GIBSON,
    Plaintiff,

vs.                                          Case No. 3:06cv388/RV/EMT

DEPUTY VINCENT,
    Defendant.
_____/

## **O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 9, 2008 (Doc. 35). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

       Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to prosecute, pursuant to Rule 41.1 of the Local Rules for the Northern District of Florida.

       **DONE AND ORDERED** this 8th day of August, 2008.

                                         _/s/ Roger Vinson_
                                         **ROGER VINSON**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**